# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2015

150656(72)

DEAN ALTOBELLI,
   Plaintiff-Appellee/Cross-Appellant,

v

MICHAEL W. HARTMANN, MICHAEL A.
COAKLEY, M. ANNA MAIURI, JOSEPH M.
FAZIO, DOUGLAS M. KILBOURNE, JOHN D.
LESLIE, and JEROME R. WATSON,
   Defendants-Appellants/
   Cross-Appellees.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150656
COA: 313470
Ingham CC: 12-000635-CZ

   On order of the Chief Justice, the motion of plaintiff-appellee/cross-appellant to extend the time to file his reply brief on the cross-application is GRANTED. The reply brief submitted on April 27, 2015, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015
_____


_____